**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
**Mary Ellen Simonson** (State Bar No. 009298)
Direct Dial: 602.262.5317
Direct Fax: 602.734.3868
Email:  msimonson@lrrc.com
**Laura M. Pasqualone** (State Bar No. 028360)
Direct Dial: 602.262.5362
Direct Fax: 602.734.3778
Email:  lpasqualone@lrrc.com

**Vedder Price P.C.**
**Thomas M. Wilde** (*Pro Hac Vice*)
twilde@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500
F:  +1 312 609 5005
**Christopher A. Braham** (*Pro Hac Vice*)
cbraham@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

Attorneys for Defendant
R.R. DONNELLEY & SONS COMPANY (incorrectly sued as "COURIER LOGISTICS SERVICES, L.L.C.")

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DANIEL CURRY; TYRONE HARRIS; NICHOLAS MASON; and TYECHIA WEBB; Individually and on behalf of others similarly situated,<br><br>                          Plaintiffs,<br><br>     v.<br><br>AMAZON.COM, INC., a Delaware Corporation; COURIER LOGISTICS SERVICES, L.L.C. a Florida limited liability company,<br><br>                          Defendants. | Case No. 2:16-cv-0007-NVW<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:             None Set<br>Date Action Filed:  January 5, 2016 |

1  Defendant R.R. Donnelley & Sons Company, through its counsel, and pursuant to Rule 5.1(b), Arizona Rules of Civil Procedure, gives notice of settlement in the above-entitled matter. The parties, through their respective counsel, will be filing a Motion for Settlement Approval and a Stipulation to Dismiss this Matter with Prejudice.

Dated: June 8, 2016

VEDDER PRICE P.C.

By: */s/ Christopher A. Braham*
  Thomas M. Wilde
  Christopher A. Braham

LEWIS ROCA ROTHGERBER CHRISTIE LLP
Mary Ellen Simonson (State Bar No. 009298)
Laura M. Pasqualone (State Bar No. 028360)

Attorneys for Defendant
R.R. DONNELLEY & SONS COMPANY
(incorrectly sued as "COURIER LOGISTICS SERVICES, L.L.C.")

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher J Banks**
  cbanks@morganlewis.com
- **John Spivey Battenfeld**
  john.battenfeld@morganlewis.com
- **Christopher A Braham**
  cbraham@vedderprice.com
- **Dawn L Dauphine**
  ddauphine@omlaw.com,jlopez@omlaw.com
- **Sean Christopher Davis**
  SeanD@phillipsdayeslaw.com,nassera@phillipsdayeslaw.com,treyd@phillipsdayeslaw.com
- **Trey A R Dayes , III**
  treyd@phillipsdayeslaw.com,seand@phillipsdayeslaw.com,nassera@phillipsdayeslaw.com
- **William J Maledon**
  wmaledon@omlaw.com,jlopez@omlaw.com
- **Laura Mary Pasqualone**
  LPasqualone@lrrc.com,ktopczewski@lrrc.com
- **Mary Ellen Simonson**
  msimonson@lrrc.com,sdurkee@lrrc.com
- **Thomas M Wilde**
  twilde@vedderprice.com

*/s/Christopher A. Braham*