PHILLIPS DAYES NATIONAL
EMPLOYMENT LAW FIRM, P.C.
Sean C. Davis
SeanD@phillipsdayeslaw.com
Trey A. Davis
treyd@phillipsdayeslaw.com
3101 N. Central Avenue, Suite 1100
Phoenix, AZ 86012
Telephone: +1.602.258.8888

Attorney for Plaintiffs
DANIEL CURRY; TYRONE HARRIS;
NICHOLAS MASON; and TYECHIA WEBB

LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Mary Ellen Simonson (State Bar No. 009298)
msimonson@lrrc.com
Direct Dial: 602.262.5317
Direct Fax: 602.734.3868
Laura M. Pasqualone (State Bar No. 028360)
lpasqualone@lrrc.com
Direct Dial: 602.262.5362
Direct Fax: 602.734.3778

Attorneys for Defendant
R.R. DONNELLEY & SONS COMPANY

*ATTORNEYS CONTINUED ON NEXT PAGE*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DANIEL CURRY; TYRONE HARRIS; NICHOLAS MASON; and TYECHIA WEBB; individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMAZON.COM, INC., a Delaware corporation; and COURIER LOGISTICS SERVICES, L.L.C., a Florida limited liability company;<br><br>Defendants. | Case No. 2:16-cv-00007-NVW<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 2:16-cv-00007-NVW

LOS_ANGELES/#18310.1

| | |
|---|---|
| 1 | VEDDER PRICE P.C. |
| 2 | Thomas M. Wilde (*Pro Hac Vice*) |
|   | twilde@vedderprice.com |
| 3 | 222 North LaSalle Street |
|   | Chicago, Illinois 60601 |
| 4 | Telephone: +1.312.609.7500 |
|   | Facsimile: +1.312.609.5005 |
| 5 | |
| 6 | VEDDER PRICE P.C. |
|   | Christopher A. Braham (*Pro Hac Vice*) |
| 7 | cbraham@vedderprice.com |
|   | 1925 Century Park East, Suite 1900 |
| 8 | Los Angeles, California 90067 |
|   | Telephone: +1.424.204.7700 |
| 9 | Facsimile: +1.424.204.7702 |
| 10 | |
|    | Attorneys for Defendant |
| 11 | R.R. DONNELLEY & SONS COMPANY |
| 12 | OSBORN MALEDON, P.A. |
|    | William J. Maledon, 003670 |
| 13 | wmaledon@omlaw.com |
|    | Dawn L. Dauphine, 010833 |
| 14 | ddauphine@omlaw.com |
| 15 | 2929 N. Central Avenue, Suite 2100 |
|    | Phoenix, Arizona 85012-2793 |
| 16 | Telephone: +1.602.640.9000 |
| 17 | MORGAN, LEWIS & BOCKIUS LLP |
|    | John S. Battenfeld, *Pro Hac Vice* |
| 18 | jbattenfeld@morganlewis.com |
|    | 300 South Grand Avenue |
| 19 | Twenty-Second Floor |
|    | Los Angeles, California 90071-3132 |
| 20 | Telephone: +1.213.612.2500 |
|    | Facsimile: +1.213.612.2501 |
| 21 | |
| 22 | MORGAN, LEWIS & BOCKIUS LLP |
|    | Christopher J. Banks, *Pro Hac Vice* |
| 23 | cbanks@morganlewis.com |
|    | One Market Street, Spear Street Tower |
| 24 | San Francisco, California 94105-1596 |
|    | Telephone: +1.415.442.1000 |
| 25 | Facsimile: +1.415.442.1001 |
| 26 | Attorneys for Defendant |
|    | AMAZON LOGISTICS, INC. |
| 27 | (improperly sued as Amazon.com, Inc.) |
| 28 | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 2:16-cv-00007-NVW

LOS_ANGELES/#18310.1

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Daniel Curry,
2  Tyrone Harris, Nicholas Mason and Tyechia Webb ("Plaintiffs") and Defendants R.R. Donnelley
3  & Sons Company, incorrectly sued as Courier Logistics Services L.L.C., and Amazon Logistics,
4  Inc., incorrectly sued as Amazon.com, Inc. ("Defendants"), by and through their respective
5  counsel of record, hereby stipulate to the entry of an order dismissing this action with prejudice.
6  The Parties hereby stipulate and agree as follows:

7  WHEREAS, on January 5, 2016, Plaintiffs filed the above-captioned action in the United
8  states District Court for the District of Arizona against Defendants alleging violations of the Fair
9  Labor Standards Act ("FLSA") individually and as a collective action;

10  WHEREAS, there is a *bona fide* dispute as to the validity of Plaintiffs' FLSA claims;

11  WHEREAS, the Parties have reached a compromise to resolve Plaintiffs' individual
12  FLSA claims and the Parties agree that the settlement is a fair and reasonable compromise of
13  Plaintiffs' FLSA claims which was negotiated at "arm's length";

14  WHEREAS, the Settlement Agreement states that upon execution of the Settlement
15  Agreement, a stipulation of dismissal with prejudice of this action will be filed with this Court
16  along with a proposed order of dismissal including the Court's approval of the settlement of
17  Plaintiffs' FLSA claims.

18  ACCORDINGLY, the Parties stipulate to the dismissal with prejudice of this action and
19  the claims asserted by Plaintiffs, with each party to bear his, her, or its own attorneys' fees and
20  costs.

21  THEREFORE, the Parties respectfully request that this Court enter the attached Order of
22  Dismissal with Prejudice.

23  **IT IS SO STIPULATED.**

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1                                   Case No. 2:16-cv-00007-NVW

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

LOS_ANGELES/#18310.1

| | | |
|---|---|---|
|1| Dated:  July 1, 2016 | PHILLIPS DAYES NATIONAL EMPLOYMENT LAW FIRM, P.C. |

By: /*s*/ Sean C. Davis
        Sean C. Davis
        Trey A. Davis

Attorneys for Plaintiffs
DANIEL CURRY; TYRONE HARRIS;
NICHOLAS MASON; and TYECHIA WEBB

Dated:  July 1, 2016

VEDDER PRICE P.C.
  THOMAS M. WILDE (*pro hac vice*)
  CHRISTOPHER A. BRAHAM (*pro hac vice*)

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /*s*/ Thomas M. Wilde
        Thomas M. Wilde
        Christopher A. Braham

Attorneys for Defendant
R.R. DONNELLEY & SONS COMPANY

Dated:  July 1, 2016

MORGAN, LEWIS & BOCKIUS, LLP
  JOHN S. BATTENFELD (*pro hac vice*)
  CHRISTOPHER BANKS (*pro hac vice*)

OSBORN MALEDON, P.A.

By: /*s*/ John S. Battenfeld
        John S. Battenfeld
        Christopher Banks

Attorneys for Defendant
AMAZON LOGISTICS, INC.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

2    Case No. 2:16-cv-00007-NVW

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

LOS_ANGELES/#18310.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher J Banks**
  cbanks@morganlewis.com

- **John Spivey Battenfeld**
  john.battenfeld@morganlewis.com

- **Thomas M. Wilde**
  twilde@vedderprice.com

- **Dawn L Dauphine**
  ddauphine@omlaw.com,jlopez@omlaw.com

- **Sean Christopher Davis**
  SeanD@phillipsdayeslaw.com,nassera@phillipsdayeslaw.com,treyd@phillipsdayeslaw.com

- **Trey A R Dayes , III**
  treyd@phillipsdayeslaw.com,seand@phillipsdayeslaw.com,nassera@phillipsdayeslaw.com

- **William J Maledon**
  wmaledon@omlaw.com,jlopez@omlaw.com

- **Laura Mary Pasqualone**
  LPasqualone@lrrc.com,ktopczewski@lrrc.com

- **Mary Ellen Simonson**
  msimonson@lrrc.com,sdurkee@lrrc.com

- **Thomas M Wilde**
  twilde@vedderprice.com

*/s/Thomas M. Wilde*

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

3   Case No. 2:16-cv-00007-NVW

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

LOS_ANGELES/#18310.1