1  PHILLIPS DAYES NATIONAL
   EMPLOYMENT LAW FIRM, P.C.
2  Sean C. Davis
   SeanD@phillipsdayeslaw.com
3  Trey A. Davis
   treyd@phillipsdayeslaw.com
4  3101 N. Central Avenue, Suite 1100
   Phoenix, AZ 86012
5  Telephone:  +1.602.258.8888

6  Attorney for Plaintiffs
   DANIEL CURRY; TYRONE HARRIS;
7  NICHOLAS MASON; and TYECHIA WEBB

8  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   201 East Washington Street, Suite 1200
9  Phoenix, AZ 85004-2595
   Mary Ellen Simonson (State Bar No. 009298)
10 msimonson@lrrc.com
   Direct Dial: 602.262.5317
11 Direct Fax: 602.734.3868
12 Laura M. Pasqualone (State Bar No. 028360)
   lpasqualone@lrrc.com
13 Direct Dial: 602.262.5362
   Direct Fax: 602.734.3778
14

15 Attorneys for Defendant
   R.R. DONNELLEY & SONS COMPANY
16

17 *ATTORNEYS CONTINUED ON NEXT PAGE*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DANIEL CURRY; TYRONE HARRIS; NICHOLAS MASON; and TYECHIA WEBB; individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation; and COURIER LOGISTICS SERVICES, L.L.C., a Florida limited liability company;<br><br>        Defendants. | Case No. 2:16-cv-00007-NVW<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 2:16-cv-00007-NVW

LOS_ANGELES/#18310.2

1  VEDDER PRICE P.C.
   Thomas M. Wilde (*Pro Hac Vice*)
2  twilde@vedderprice.com
   222 North LaSalle Street
3  Chicago, Illinois 60601
4  Telephone: +1.312.609.7500
   Facsimile: +1.312.609.5005
5
   VEDDER PRICE P.C.
6  Christopher A. Braham (*Pro Hac Vice*)
7  cbraham@vedderprice.com
   1925 Century Park East, Suite 1900
8  Los Angeles, California 90067
   Telephone: +1.424.204.7700
9  Facsimile: +1.424.204.7702

10
   Attorneys for Defendant
11 R.R. DONNELLEY & SONS COMPANY

12 OSBORN MALEDON, P.A.
   William J. Maledon, 003670
13 wmaledon@omlaw.com
   Dawn L. Dauphine, 010833
14 ddauphine@omlaw.com
15 2929 N. Central Avenue, Suite 2100
   Phoenix, Arizona 85012-2793
16 Telephone: +1.602.640.9000

17 MORGAN, LEWIS & BOCKIUS LLP
   John S. Battenfeld, *Pro Hac Vice*
18 jbattenfeld@morganlewis.com
   300 South Grand Avenue
19 Twenty-Second Floor
   Los Angeles, California 90071-3132
20 Telephone: +1.213.612.2500
   Facsimile: +1.213.612.2501
21
22 MORGAN, LEWIS & BOCKIUS LLP
   Christopher J. Banks, *Pro Hac Vice*
23 cbanks@morganlewis.com
   One Market Street, Spear Street Tower
24 San Francisco, California 94105-1596
   Telephone: +1.415.442.1000
25 Facsimile: +1.415.442.1001

26 Attorneys for Defendant
   AMAZON LOGISTICS, INC.
27 (improperly sued as Amazon.com, Inc.)

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 2:16-cv-00007-NVW

LOS_ANGELES/#18310.2

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Daniel Curry,
2  Tyrone Harris, Nicholas Mason and Tyechia Webb ("Plaintiffs") and Defendants R.R. Donnelley
3  & Sons Company, incorrectly sued as Courier Logistics Services L.L.C., and Amazon Logistics,
4  Inc., incorrectly sued as Amazon.com, Inc. ("Defendants"), by and through their respective
5  counsel of record, hereby stipulate to the entry of an order dismissing this action with prejudice.
6  The Parties hereby stipulate and agree as follows:
7  WHEREAS, on January 5, 2016, Plaintiffs filed the above-captioned action in the United
8  states District Court for the District of Arizona against Defendants alleging violations of the Fair
9  Labor Standards Act ("FLSA") individually and as a collective action;
10  WHEREAS, there is a *bona fide* dispute as to the validity of Plaintiffs' FLSA claims;
11  WHEREAS, the Parties have reached a compromise to resolve Plaintiffs' individual
12  FLSA claims and the Parties agree that the settlement is a fair and reasonable compromise of
13  Plaintiffs' FLSA claims which was negotiated at "arm's length";
14  WHEREAS, the Settlement Agreement states that upon execution of the Settlement
15  Agreement, a stipulation of dismissal with prejudice of this action will be filed with this Court
16  along with a proposed order of dismissal.
17  ACCORDINGLY, the Parties stipulate to the dismissal with prejudice of this action and
18  the claims asserted by Plaintiffs, with each party to bear his, her, or its own attorneys' fees and
19  costs.
20  THEREFORE, the Parties respectfully request that this Court enter the attached Order of
21  Dismissal with Prejudice.
22  **IT IS SO STIPULATED.**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                                                 Case No. 2:16-cv-00007-NVW
**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

LOS_ANGELES/#18310.2

| | | |
|---|---|---|
| 1 | Dated: July 22, 2016 | PHILLIPS DAYES NATIONAL EMPLOYMENT LAW FIRM, P.C. |

By: /*s*/ Sean C. Davis
        Sean C. Davis
        Trey A. Davis

Attorneys for Plaintiffs
DANIEL CURRY; TYRONE HARRIS;
NICHOLAS MASON; and TYECHIA WEBB

Dated: July 22, 2016

VEDDER PRICE P.C.
  THOMAS M. WILDE (*pro hac vice*)
  CHRISTOPHER A. BRAHAM (*pro hac vice*)

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /*s*/ Thomas M. Wilde
        Thomas M. Wilde
        Christopher A. Braham

Attorneys for Defendant
R.R. DONNELLEY & SONS COMPANY

Dated: July 22, 2016

MORGAN, LEWIS & BOCKIUS, LLP
  JOHN S. BATTENFELD (*pro hac vice*)
  CHRISTOPHER BANKS (*pro hac vice*)

OSBORN MALEDON, P.A.

By: /*s*/ John S. Battenfeld
        John S. Battenfeld
        Christopher Banks

Attorneys for Defendant
AMAZON LOGISTICS, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    Case No. 2:16-cv-00007-NVW

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

LOS_ANGELES/#18310.2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher J Banks**
  cbanks@morganlewis.com

- **John Spivey Battenfeld**
  john.battenfeld@morganlewis.com

- **Dawn L Dauphine**
  ddauphine@omlaw.com,jlopez@omlaw.com

- **Sean Christopher Davis**
  SeanD@phillipsdayeslaw.com,nassera@phillipsdayeslaw.com,treyd@phillipsdayeslaw.com

- **Trey A R Dayes , III**
  treyd@phillipsdayeslaw.com,seand@phillipsdayeslaw.com,nassera@phillipsdayeslaw.com

- **William J Maledon**
  wmaledon@omlaw.com,jlopez@omlaw.com

- **Laura Mary Pasqualone**
  LPasqualone@lrrc.com,ktopczewski@lrrc.com

- **Mary Ellen Simonson**
  msimonson@lrrc.com,sdurkee@lrrc.com

- **Christopher Braham**
  cbraham@vedderprice.com

*/s/Thomas M. Wilde*

3   Case No. 2:16-cv-00007-NVW

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

LOS_ANGELES/#18310.2

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO