**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| DANIEL CURRY; TYRONE HARRIS; NICHOLAS MASON; and TYECHIA WEBB; individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>AMAZON.COM, INC., a Delaware corporation; and COURIER LOGISTICS SERVICES, L.L.C., a Florida limited liability company;<br><br>                    Defendants. | Case No. CV 16-0007-PHX-JAT<br><br>**ORDER** |

THIS MATTER is before the Court upon the Parties' Stipulation and Proposed Order of Dismissal with Prejudice (Doc. 48).  Upon review of the Stipulation, and for good cause,

**IT IS ORDERED** that:

1.      Plaintiffs' Complaint and their claims against Defendants are hereby DISMISSED WITH PREJUDICE, with each party to bear his, her, or its own costs and attorneys' fees.

2.      This case is CLOSED.

Dated this 25th day of July, 2016.

James A. Teilborg
Senior United States District Judge